USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 19, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN S. EVANS,                      :
                                    :   19 Civ. 9874 (VM)
                                    :
                Plaintiff,          :
                                    :   ORDER
     -  against  -                  :
                                    :
C R BARD INCORPORATED, et al.,      :
                                    :
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    The Court received the above-captioned matter on October 28, 2019, after it was transferred, along with several others with which it had been consolidated in a multi-district litigation, from the United States District Court for the District of Arizona. (See Dkt. Nos. 3, 4.) The case was referred to Judge Kenneth M. Karas as possibly related to Case No. 17 Civ. 6404. Following briefing on the issue of relatedness, on April 22, 2020, Judge Karas denied the motion to consolidate in his set of cases. (See 19 Civ. 8478, Dkt. No. 31.)

    Meanwhile, a review of the Docket Sheet for the above-captioned matter indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since December 18, 2019, at which time the Court granted admission pro hac vice to counsel for plaintiff. Accordingly, it is hereby

    **ORDERED** that plaintiff inform the Court, within thirty (30) days of the date of this Order, concerning the status of this action and plaintiff's contemplation with regard to any further proceedings. In

the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
           19 May 2020

_____
Victor Marrero
U.S.D.J.