USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 8, 2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JOHN S. EVANS,                    :
                                  :    19 Civ. 9874
                                  :
              Plaintiff,          :
                                  :    ORDER
     - against -                  :
                                  :
C R BARD INCORPORATED, et al.,    :
                                  :
              Defendants.         :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this case indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since December 18, 2019, at which time the Court granted admission pro hac vice to counsel for plaintiff. The Court previously requested a status update, to which no answer was received. (See Dkt. No. 12.)  Accordingly, it is hereby

**ORDERED** that plaintiff inform the Court, within seven (7) days of the date of this Order, concerning the status of this action and plaintiff's contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:    New York, New York
          8 July 2020

_____
Victor Marrero
U.S.D.J.